FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2017 APR 28  PM 2: 08

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

BY_____ DEP. CLK

(To be supplied by the court)

Phan, Kent Vu _____, Plaintiff,

v.

1-  Arapahoe District Court of Colorado State: ____ ,

-  Judge Christopher C. Cross            ____ ,
-  Judge John L Wheeler

2-  Childs McCune, LLC
-  Steven A. Michalek, Attorney
-  Elizabeth J. M. Howard, Attorney

3-  Messner Reeves, LLP
-  Douglas C. Wolanske, Attorney

_____

_____

_____

_____, Defendant(s).

(List each named defendant on a separate line.)

---

# COMPLAINT AND DEMAND FOR JURY

---

(Rev. 07/06)

# PARTIES:

1- Plaintiff:  Phan, Kent Vu              is a citizen of Colorado State

  who presently reside at the following address:

  14896 E 2nd Ave, Apt: H-106 Aurora, CO 80011


2- Defendant: Judge Christopher C. Cross     is a citizen of Colorado State

  Who is located at the following address:

  Arapahoe District Court of Colorado State

  7325- South- Potomac Street Centennial, CO 80112

3- Defendant: Judge John L. Wheeler      is a citizen of Colorado State

  Who is located at the following address:

  Arapahoe District Court of Colorado State

  7325- South- Potomac Street Centennial, CO 80112

4- Messner Reeves, LLP

  Douglas C. Wolanske, Attorney      is a citizen of Colorado State

  Who is located at the following address:

  1430 Wynkoop Street, Suite: 300 Denver, CO 80202

5- Childs McCune, LLC

  Steven A. Michalek, Attorney      is a citizen of Colorado State

  Elizabeth J.M. Howard, Attorney    is a citizen of Colorado State

  Who is located at the following address:

  821- 17th Street, Suite: 500 Denver, CO 80202

(Rev. 07/06)

## JURISDICTION AND VENUE

This Court has subject matter Jurisdiction over this action pursuant to:

- 28 U.S.Code 1391 Venue Generally

- 28 U.S. Code 1332(b)

- American With Disabilities Act (ADA)

- U.S.C Title 42 1983 Civil Action for Deprivation of Rights.

- U.S.C Title 42 1981 Equal Rights under the Law And Race Discrimination.

**The Bill of Rights** – The Bill of Rights was introduced by James Madison (the fourth president) in 1789 and became the first 10 Constitutional Amendments in 1791. The Bill of Rights defines the following rights:

1. Freedom of speech, press, religion and petition.
2. Right to keep and bear arms.
3. Protection from quartering of soldiers.
4. Protection from unreasonable search and seizure.
5. Right to due process of the law.
6. Right to trial by jury, speedy trial, public trial, counsel.
7. Right to civil trial by jury.
8. Prohibition of excessive bail and cruel and unusual punishment.
9. Protection of rights not enumerated in the Constitution.
10. Protection of the powers of the states and the people.

- 
- 

(Rev. 07/06)

3

**Briefly state the background of your case:**

I am plaintiff Phan, Kent Vu respectfully submitted my complaint to the U.S District Court of Colorado, and this complaint as a suplemental information in order that U.S. District Court of Colorado Judges have more obviously evidence support for petition of Suplemental Jurisdiction for both cases 16cv02728-GPG, and case 17cv00196-GPG. I have filed a motion for demand jury for both cases 15CV301 and 15CV321, but Judges did not have any actions. (Exhibit: 1)

For both cases 14CV300 and 15CV301; my accusation for defendant's wrongful action are similarly. The respondent from attorneys and Ordered by Arapahoe District Court Judges are similarly argument, and intentionally omitted the defendants' violation;. In the other hand, attorneys and judges intentionally created a misleading on my complaint by misinterpretation. The fact that I am a victim only; according to statutory, I am a pro-se; but I have no knowledge about law. I am unaffordable for lawyer fees because my living condition was leant on SSI benefit. I have applied for Legal Aid from Colorado Legal Aid, but my application had been refused. Probably my disability status is as an advantage in order that defendants attorneys and district court judges easily dominated my cases .

4

(Rev. 07/06)

Following are my summarily of wrongful actions by defendants:

I- *I accused for Dr. Pham, Khoi Duy in violated of:*

1-Concealment and Fraudulent on my shoulder MRI on 02/05/13. I had to

suffered a pain without surgery. (Exhibit:2) My shoulder muscle torn but he told

me my MRI was normal.

2- When I asing for my shoulder's MRI report and cause of pain; he bullied on me.

3- He breached his duties when he referred I to surgery center, and he did know

that State Farm Insurance won't pay for surgery bill.

4- During pain was on high level and medicine is the best remedy, but he

postponed my refill from Friday to Wenesday next week after I called 911.

5- Consequency of his concealment of my shoulder MRI's report; I had come to

Emergency Room of University Hospital. Dr. Pham he stops my crucial

medicine Vicodin and he had a retaliation by call me and said: If you feel pain

let come to emergency room and call 911 again; these were not a professionally

ethical, and violated of Tort Law.

Impossible Dr. Pham he only knows one pain killer is Vicodin? No any of

medicine can be alternated for Vicodin, Vicodin is good med on which I have

been taking it up to present. He failed to confer to patient on treatment plan.

6- In three times I had requested Dr. Pham exams on my mid-back pain, but he

(Rev. 07/06)

denied, and he secured me that my belly is protected a mid-back when accidence is happens; aftermath from his intentionally ignored I must suffered a pain and feeling of nausea since 2012 to today; recently doctor just provided me medicine to control the nausae (Exhibit:11) The attorneys and judges only mentioned on some what of defendants' wrongful action, and omitted all another violations on which they were performed by Dr. Pham.(Exhibit:3). I am disagree for arguments by attorney and judge had conclusion that my complaint was frivolous and Failure to State a Claim. This matter shall be come to trial, not lateral dismissed; this was Unjustice and conveying of Discrimination.

II- *I accused Dr. Peter Weingarten in violated of*:

1- He and his staff detented me about an hour before evaluation.

2- He spent about 5 to 7 minutes for his evaluation only, and in  quickly he concluded that I had "Reached Medical Recovery"; although that I informed him that I become disabled and I am having receive a SSI benefit due to this accidence.

3- His evaluation was unfaithful, and this evaluation as a tool for State Farm Insurance stopped my treatment bills. Please see my exhibition for MRI's Images of disc herniated and protrusion (Exhibit: 4,5,and6); and these evidences are proved for his evaluation was unfaithful when he reported to State Farm Insurance that I have reached Maximum Medical Improved, these injuries are

persisting up to present. (Exhibit: 4 Neck, 5 Neck and Mid-Back, and 6 Lumbar).

Since a long time I relied on MRI;s hard copies from doctor, but in few months

recently I had learned how to read a MRI images from online presentation. I found

that injuries are seriously, and uncurable excepted surgery..

4- Dr. Peter Weingarten had a discrimination mind by provided an unfaithful

evaluation, and his discrimination is supported for Insurance harmed to my life.

Attorneys and judges intentionally created misleading, pretented misunderstood;

such as I complaint for his Unfaithful evaluation, but attorneys and judges argued

that Dr. Peter Weingarten was not my treating doctor and he not responsible for my

medical condition. The two things are quite differred. I amazed with this argument

. (Exhibit: 7)

### III- *I accused for Kaiser Permanente in violated of:*

Derived from discrimination; doctors of Kaiser in violated of Fraudulent

and Misinterpretation on MRI' scan, denial of treatment while my  injureies are

in necessarily to cure (injection) as my family doctor has recommended.

I had decision to leave Kaiser, and the Metro Community Provider

Network is next my provider; based on Kaiser's MRI, Dr. Brian Fuller had

provided me a good remedy by injection. In addition, Kaiser Permanente opened

my complaint, read it then re-sealed and sent back to me without respondent.

Cause of injuried is not duty of Kaiser's doctors and physician shall be cure for patient regardless on what was a cause of injury. Recently, Kaiser Permanente in plot to create obstacle on my treatment again, I will filed an additional complaint.

## IV- *State Farm Insurance Company in violated of:*

Colorado Insurance Laws and Regulations is not complicated for applies, but with the discrimination mind is generted a negative impacts onto my life up today. State Farm Insurance coercioned on proportion 40%/60% . I must pay for 40% medical bills from accident on 2011, this claim had been closed on 10/31/11   (I think this proportion shall be judgment by Court), and by this matter I was sued (collection) by Doctor Lawrence Varner for $1773.00. My medical coverage is still available but I can not used it. State Farm Insurance is Bad Faith Insurance Company; look on photos of MRI; clearly shows of injuries (discs herniated/protrusion), but my treatment had been denied by State Farm Insurance (Exhibit: 4, 5, and 6)

For a long time, I just relied on hard copy of MRI's. Recently, I have learned how to read MRI images from online presentation. I found the facts; this why State Farm Insurance hide Dr. Peter Weingartent to do Medical Evaluation in order to overwhelm and engulfe my injury's claim. This evaluation shall be demand by American Family Insurance, not by State Farm Insurance.

Throughout my treatment history; the discernable; the recognization that discrimination is the crucial in these violation.

Statutory; these cases are trialable; probably I am Asian; therefore defense attorneys and Arapahoe District Court Judges did dominated my cases in order to protect for defendants. In the litigation; when a matter in arguable; a hearing or trial must be order. My cases weren't; and defense attorneys and judges in complicity to created misleading on my complaint and order to dismissed.

Although in many times I had filed a Amendment and Reply, but defense attorneys and Arapahoe District Court Judges intentionally ignored and protected for defendants. By this way, my cases had been dismissed without of Hearing and Trial; even though that Arapahoe District Court is a Trial Court.

The discernable on that I can perceived that Arapahoe District Court Judges want to engulf my complaint. When I filed an appealing at Colorado Court of Appeals and Colorado Supreme Court; the Arapahoe District Court Judge Christopher C, Cross had created a obstacle on my appealing process by denied my motion for waive fees in twice (Exhibit: 8).

Unbelievable from the case 14CV300 had been filed on 12/09/14 and following case 15CV301 and up today I had never have a chance to appear at court room. On the 05/06/16 the telephone conference had been made, but I only heard the

9

highly tone condemnation by attorneys because I did not confered with them. But they had forgotten that they had created a contrary by themselves; in the motion for attorneys fees and costs; they argued that plaintiff is pro-se therefore conference is futile, therefore no conference undertaken. This statement was conveying a dicrimination. On the Appealing they argued that plaintiff did not conferred to defendants attorneys (Exhibit:9, and 10).

All my papers for both cases are in Judges' hand, but the interpretation was on differed ways; in order supporting for defendants' benefical. Law is strict, logically apply; equity and impartial, but these factors were disappeared in my case

Unconceivable in two years; from case 14CV300 on 12/09/14, case 15CV301, cases 15CA2089 and 16CA962 at Colorado Appeals Court, cases 16SC 682 and 16SC712 at Colorado Supreme Court, I had never received any summit for hearing or trial by court. In my opinion, the Final Judgment is not an optimize rule in order to rule on my cases.

Hereby, I respectfully submitted this petition to the U.S. District Court of Colorado Judges on the purposely granting an JUSTICE to the people.

Respectfully submitted,

*Phan Vu*

Phan, Kent Vu Plaintiff,

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

*Defendant: Arapahoe District Court Judge Christopher C. Cross*

*1- The Cause of action:*

- Pursuant to the American with Disabilities Act.

- Pursuant to the U.S.C Title 42 Sec 1983 Civil Action for Deprivation of Rights.

- Pursuant to the U.S.C. Title 42 Esc 1981 Equal Rights under the Law; Race Discrimination. Judge Christopher C. Cross had deprived my rights on which Constitution stipulated and granted to the people.

  o Right to due process of the Law

  o Right to trial by jury, speedy trial, public trial.

  o Right to Civil trial by jury.

  o Protection of rights not enumerated in the Constitution such as I have right to file motion for Waive fees for my lawsuit because I am disabled and receiving the SSI benefit.

  o Plaintiff is disabled on both physical and mental; under protection by ADA.

(Rev. 07/06)

From the my first complaint 14CV300 had been filed on 12/09/2014 up to present; the conceivable throughout court behavior, I found that Judge Christopher C. Cross had a discrimination mind and by his duties of district court judge he had bias and obviously protected for defendants. I had damaged due to defendants' wrongful actions, but I must to bearing the injustice. I have filed a motion for Jury Demand on both cases: 15cv301 and 15CV321, but he ignored. Right to trial by jury is basic right on that U.S. Constitution has grant to the people.

## 2- Request for Relief:

Judge Christopher C. Cross in violated of:

1- American with Disabilities Act.

2- Civil Action for Deprivation of Rights

3- Race Discrimination, and Equal Right under the Law.

Based on ADA Injunctive Relief, and ADA Civil Monetary Penalties inflation adjustment under Title III; for the ADA, this adjustment increases the maximum civil penalty for a first violation under Title III from $55,000 to $75,000. For a subsequent violation the new maximum is $150,000. The new maximums apply only to violation occurring on or after 04/28/14.

Whereas Judge Christopher C. Cross in three violations; therefore plaintiff demand Judge Christopher C. Cross provides me a compensation in amount of

(Rev. 07/06)

$165,000.00 (one hundred sixty five thousand dollars). Judge Christopher C. Cross in violation on cases: 14CV300, 15CV301, and 15CV321; therefore injunctive relief might different depending on jury.

(Rev. 07/06)

## SECOND CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

*Defendant: Arapahoe District Court Judge John L. Wheeler*

*1- The Cause of action:*

- Pursuant to the American with Disabilities Act.

- Pursuant to the U.S.C Title 42 Sec 1983 Civil Action for Deprivation of Rights.

- Pursuant to the U.S.C. Title 42 Esc 1981 Equal Rights under the Law; Race Discrimination. Judge Christopher C. Cross had deprived my rights on which Constitution stipulated and granted to the people.

  o Right to due process of the Law

  o Right to trial by jury, speedy trial, public trial.

  o Right to Civil trial by jury.

  o Protection of rights not enumerated in the Constitution.

  o Plaintiff is disabled on both physical and mental; under protection by ADA.

Judge John L. Wheeler was handled my cases from Judge Christopher C. Cross, but my motion to Demand for Jury had been ignored. Both cases 15CV301 and

15CV321 motion for Demand Jury were inactive or ignored. Judge John L. Wheeler ordered to vacate the Final Judgment pursuant to Rule 54(b) was in partialism and injustice because without of Hearing or Jury Trial. This is basic right on that U.S. Constitution has grant to the people. CRCP 54(b) is not a suprematic Rule to rules over cases.

## 2- Request for Relief:

Judge John L. Wheeler in violated to:

1- American with Disabilities Act.

2- Civil Action for Deprivation of Rights

3- Race Discrimination, and provided me an Unequal Right under the Law. Based on ADA Injunctive Relief, and ADA Civil Monetary Penalties inflation adjustment under Title III; for the ADA, this adjustment increases the maximum civil penalty for a first violation under Title III from $55,000 to $75,000. For a subsequent violation the new maximum is $150,000. The new maximums apply only to violation occurring on or after 04/28/14.

Whereas Judge John L. Wheeler in three violations; therefore plaintiff demand Judge John L. Wheeler provides me a compensation in amount of $165,000.00 (one hundred sixty five thousand dollars)

# THIRD CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

*Defendant:  Messner Revees LLP; Douglas C. Wolanske,  Attorney*

*1- The Cause of action:*

Although case 14CV300 and 15CV301 plaintiff clearly denoted on single wrongful action, but defendants 'attorney and District Court Judge intentionally created misleading on my complaint, created created a path for defendant evades the suit. Defendant's attorney and District Court Judge had argued that my complaint is difficulty understands, and my complaint is frivolous. Court has provides an interpreter; why a hearing and jury trial had never ordered? District Court Judges and defense attorneys were injustice; and conveying of partialism because plaintiff is an Asian, disabled, and unaffordable for private lawyer.

- Pursuant to the American with Disabilities Act.
- Pursuant to the U.S.C Title 42 Sec 1983 Civil Action for Deprivation of Rights.
- Pursuant to the U.S.C. Title 42 Esc 1981 Equal Rights under the Law; Race disdrimination.
  - o Right to due process of the Law

16

(Rev. 07/06)

- o Right to trial by jury, speedy trial, public trial.

- o Right to Civil trial by jury.

- o Protection of rights not enumerated in the Constitution.

- o Plaintiff is disabled on both physical and mental; under protection by ADA.

Attorney Douglas C. Wolanske had deprived my rights on which Constitution stipulated and granted to the people. Order to pay Fees and Costs for attorneys without Trial, and on 4/28/16 order to vacated the Final Judgment in partialism and injustice. The Order by Court on Motion of defendant was conveyed coercion, and took away the right of plaintiff. The presentation of all parties at court room is necessarily for Judge heard and makes an order.

## 2- Request for Relief:

Attorney Douglass C. Wolanske in violated to:

1- American with Disabilities Act.

2- Civil Action for Deprivation of Rights

3- Race Discrimination, and provided me an Unequal Right under the Law. Based on ADA Injunctive Relief, and ADA Civil Monetary Penalties inflation adjustment under Title III; for the ADA, this adjustment increases the maximum

civil penalty for a first violation under Title III from $55,000 to $75,000. For a sub sequent violation the new maximum is $150,000. The new maximums apply only to violation occurring on or after 04/28/14.

Whereas Attorney Douglas C. Wolanske in three violations; therefore plaintiff demand Attorney Douglass C. Wolanske provides me a compensation in a mount of $165,000.00 (one hundred sixty five thousand dollars)

(Rev. 07/06)

# FOURTH CLAIM FOR RELIEF

# AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

*Defendant:  Childs McCune LLC; Steven A Michalek, Attorney*

*1- The Cause of action:*

Although case 14CV300 and 15CV301 plaintiff clearly denoted on single wrongful action, but defendant's attorney and District Court Judge intentionally created misleading on my complaint; and created a path for defendant evades the suit. Defendant's attorney and District Court Judge had argued that my complaint is difficulty understands, and my complaint is frivolous. Court has provides an interpreter; why a hearing and jury trial had never ordered? District Court Judges and defense attorneys were injustice; and conveying of partialism because plaintiff is an Asian, disabled, and unaffordable for private lawyer.

- Pursuant to the American with Disabilities Act.

- Pursuant to the U.S.C Title 42 Sec 1983 Civil Action for Deprivation of Rights.

- Pursuant to the U.S.C. Title 42 Esc 1981 Equal Rights under the Law; Race discrimination.

  o Right to due process of the Law

(Rev. 07/06)

19

o  Right to trial by jury, speedy trial, public trial.

o  Right to Civil trial by jury.

o  Protection of rights not enumerated in the Constitution.

o  Plaintiff is disabled on both physical and mental; under protection by ADA.

Attorney Steven A. Michalek had deprived my rights on which Constitution stipulated and granted to the people. Order to pay Fees and Costs for attorneys without Trial, and on 4/28/16 order to vacated the Final Judgment in partialism and injustice. The Order by Court on Motion of defendant was conveying coercion, and took away the right of plaintiff. The presentation of all parties at court room is necessarily for Judge heard and makes an order.

## 2- Request for Relief:

Attorney Steven A. Michalek in violated to:

1- American with Disabilities Act.

2- Civil Action for Deprivation of Rights

3- Race Discrimination, and provided me an Unequal Right under the Law. Based on ADA Injunctive Relief, and ADA Civil Monetary Penalties inflation adjustment under Title III; for the ADA, this adjustment increases the maximum civil penalty for a first violation under Title III from $55,000 to $75,000. For a

20

(Rev. 07/06)

subsequent violation the new maximum is $150,000. The new maximums apply only to violation occurring on or after 04/28/14.

      Whereas Attorney Steven A. Michalek in three violations; therefore plaintiff demand Attorney Steven A. Michalek provides me a compensation in amount of $165,000.00 (one hundred sixty five thousand dollars)

(Rev. 07/06)

# FIFTH CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.)

*Defendant:  Childs McCune LLC; Elizabeth J.M.Howard,  Attorney*

*1- The Cause of action:*

Although case 14CV300 and 15CV301 plaintiff clearly denoted on single wrongful action, but defendant□s attorney and District Court Judge intentionally created misleading on my complaint; and created a path for defendant evades the suit. Defendant's attorney and District Court Judge had argued that my complaint is difficulty understands, and my complaint is frivolous. Court has provides an interpreter; why a hearing and jury trial had never ordered? District Court Judges and defense attorneys were injustice; and conveying of partialism because plaintiff is an Asian, disabled, and unaffordable for private lawyer.

- Pursuant to the American with Disabilities Act.
- Pursuant to the U.S.C Title 42 Sec 1983 Civil Action for Deprivation of Rights.
- Pursuant to the U.S.C. Title 42 Esc 1981 Equal Rights under the Law; Race discrimination.
    - o Right to due process of the Law

(Rev. 07/06)

22

- o  Right to trial by jury, speedy trial, public trial.

- o  Right to Civil trial by jury.

- o  Protection of rights not enumerated in the Constitution.

- o  Plaintiff is disabled on both physical and mental; under protection by ADA.

Attorney Elizabeth J.M.Howard had deprived my rights on which Constitution stipulated and granted to the people. Order to pay Fees and Costs for attorneys without Trial, and on 4/28/16 order to vacated the Final Judgment in partialism and injustice. The Order by Court on Motion of defendant was conveyed coercion, and took away the right of plaintiff. The presentation of all parties at court room is necessarily for Judge heard and makes an order.

### 2- Request for Relief:

Attorney Elizabeth J.M.Howard in violated to:

1- American with Disabilities Act.

2- Civil Action for Deprivation of Rights

3- Race Discrimination, and provided me an Unequal Right under the Law.

Based on ADA Injunctive Relief, and ADA Civil Monetary Penalties inflation adjustment under Title III; for the ADA, this adjustment increases the maximum civil penalty for a first violation under Title III from $55,000 to $75,000. For a

(Rev. 07/06)

subsequent violation the new maximum is $150,000. The new maximums apply only to violation occurring on or after 04/28/14.

Whereas Attorney Elizabeth J.M.Howard in three violations; therefore plaintiff demand Attorney Elizabeth J.M.Howard provides me a compensation in a mount of $165,000.00 (one hundred sixty five thousand dollars)

I am plaintiff respectfully submitted my petition to the U.S. District Court of Colorado grants an order to defendants who named in my complaint is provide me a compensation for my damages in amount of: $825,000.00 (Eight hundred twenty five thousands dollars)

Respectfully submitted,

Phan, Kent Vu Plaintiff

Date: 04/28/2017

(Plaintiff's Original Signature)
14896 E 2ᵈ Ave, Apt H-106
(Street Address)
Aurora, CO 80011
(City, State, ZIP)
(303) 8755224
(Telephone Number)

(Rev. 07/06)

24