IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01067-LTB

KENT VU PHAN,

    Plaintiff,

v.

CHRISTOPHER C. CROSS, Judge,
JOHN L. WHEELER, Judge,
STEVEN A. MICHALEK, Attorney,
ELIZABETH J.M. HOWARD, Attorney, and
DOUGLAS C. WOLANSKE, Attorney,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 11, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11th day of May, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                Deputy Clerk